146 A.3d 460

In the MATTER OF the RESIGNATION OF James Dorsey WRIGHT from the Bar of Maryland

Misc. Docket AG No. 23, Sept. Term, 2016

Court of Appeals of Maryland.

September 27, 2016

## ORDER

This matter came before this Court on the Application to Resign From the Practice of Law by James Dorsey Wright and the response of Bar Counsel, and

The Court having considered the Application and the Response of Bar Counsel, it is this 27th day of September, 2016

ORDERED, by the Court of Appeals of Maryland, that the resignation of James Dorsey Wright from the Bar of the State of Maryland is hereby accepted and it is further

ORDERED that the Clerk of the Court shall remove the name of James Dorsey Wright from the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.